■ In the Matter of ROBERT ZOHLMAN, Respondent, v BARBARA ZOLDAN, Appellant. [17 NYS3d 870]—

Judgment, Supreme Court, New York County (Joan A. Madden, J.), entered May 4, 2011, after a nonjury trial, awarding petitioner damages against respondent, unanimously affirmed, with costs.

In this turnover proceeding brought pursuant to CPLR 5225 (b), petitioner judgment creditor seeks to collect from respondent, the judgment debtor's wife, distributions that she received in connection with a real estate development venture. A fair interpretation of the evidence adduced at trial supports the court's conclusion that 75% of those distributions were attributable to the work on the venture performed by the judgment debtor but were distributed to respondent as part of a contrivance to shelter the judgment debtor's income from creditors like petitioner (*see Matter of Federal Deposit Ins. Corp. v Conte*, 204 AD2d 845 [3d Dept 1994]). As the judgment debtor had an equitable interest in that share of the distributions paid to respondent, the award to petitioner to be applied to the remaining unpaid balance of the judgment owed him by the judgment debtor is appropriate.

We have considered respondent's remaining arguments and find them unavailing. Concur—Sweeny, J.P., Renwick, Saxe and Gische, JJ.